974

No. 353, Misc. SAMPSON v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 354, Misc. PAQUA v. FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 356, Misc. SMITH v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 364, Misc. WATSON v. SKILLMAN, JUDGE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 368, Misc. LONG v. MARYLAND. Circuit Court for Washington County, Maryland. Certiorari denied.

No. 370, Misc. BROWN v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 371, Misc. SCALF v. COINER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 374, Misc. HARRIS v. BUCHKOE, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 380, Misc. HEARD v. BANNAN, WARDEN, ET AL. Supreme Court of Michigan. Certiorari denied.

No. 385, Misc. ROMEO v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 387, Misc. WADE v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.